# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **11-1077M**
2) Defendant's Name: **Bumagin** (Last)  **Semyon** (First)  ___ (M.I.)
3) Age: ___
4) Title: ___  Section(s): ___
5) Citizen of: ___  Needs: ___ Interpreter
6) Arrest Warrant Issued: ___  Date and time of arrest: ___

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No  Other District: ___
8) Name of Interpreter used today: **Yana Agoreev**  Language: **Russian**
9) Arraignment on complaint held: ✓ Yes __No  Date/Time: **11/3/11**
10) Detention Hearing Held: ___ Bail set at: ___ ROR Entered: ___ POD Entered: ✓
11) Temporary Order of Detention Entered: ___ Bail Hearing set for: ___
12) (a) Preliminary Hearing set for: ___; or waived: ✓
    (b) Removal Hearing set for: ___; or waived: ___
    (c) Status Conference set for: ___
13) ASSISTANT U.S. ATTORNEY: **James Gatta / Jacqueline Kasulis**
14) DEFENSE COUNSEL'S NAME: **Zoe Dolan**
    Address: ___
    Bar Code: ___  CJA: ✓ FDNY: ___ RET: ___
    Telephone Number: ( )
15) LOG #: ( **4:07 – 4:16** )  MAG. JUDGE: **Viktor V. Pohorelsky**
16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by ___

Other Comments/Rulings: ___

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ___ DAY OF ___, 20___

UNITED STATES MAGISTRATE JUDGE